[Docket No. 67]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| CARMEN BROWN-MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP.,<br>MICHAEL DeFEO,<br><br>    Defendants. | Civil No. 10-CV-5984<br><br>(RMB-JS)<br><br><br>**ORDER** |

This matter comes before the Court upon Defendants', Roche Diagnostic Corp. and Michael DeFeo, Motion for Leave to File an Interlocutory Appeal, and for the reasons set forth in the Opinion filed this date;

IT IS ON THIS **25th** day of **OCTOBER 2013**, **ORDERED** that the Motion is **DENIED.**

                                                s/Renée Marie Bumb
                                                RENÉE MARIE BUMB
                                                United States District Judge